

# U.S. District Court

## California Northern - San Francisco

Receipt Date: Oct 6, 2025 1:26PM

Nima Gharavi
4610 North Clark St. #1098
Chicago , IL 60640

Rcpt. No: 311174444                Trans. Date: Oct 6, 2025 1:26PM                Cashier ID: #PF (6905)

| CD  | Purpose                  | Case/Party/Defendant | Qty | Price | Amt   |
|-----|--------------------------|----------------------|-----|-------|-------|
| 205 | Miscellaneous Filing Fees |                      | 1   | 52.00 | 52.00 |

| CD | Tender |        |           | Amt     |
|----|--------|--------|-----------|---------|
| CH | Check  | #1089  | 10/2/2025 | $52.00  |

Total Due Prior to Payment: $52.00

Total Tendered: $52.00

Total Cash Received: $0.00

**Comments**: 3:25-mc-80305 LB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.