


PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

RECEIVED
OCT 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USPS Click-N-Ship®

usps.com
$9.70
US POSTAGE

U.S. POSTAGE PAID
Click-N-Ship®

9405 5301 0935 5219 3099 22 0096 9001 0009 4102

10/02/2025
1 lb 0 oz
Mailed from 60640   974248490260112

PRIORITY MAIL®

NIMA GHARAVI
4610 N CLARK ST PMB 1098
CHICAGO IL 60640-4620

Created 10/02/2025
Flat Rate Envelope
RDC 03
C004

CIVIL INTAKE (U.S. DISTRICT COURT, CLERK'S
FL 16
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3426

USPS TRACKING #
9405 5301 0935 5219 3099 22