# Exhibit 1

# DMCA Takedown Notification #1

**From:** X Legal Support <legal-support@x.com>
**Sent:** Tuesday, September 23, 2025 4:14 PM
**Subject:** LEGAL-1428760: DMCA - Copyright owner

[External email - use caution]

—.—.—.—

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

-----------------------------------------------
Your ticket number: LEGAL-1428760

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:

> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) and/or photograph(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/channel/UCOTWc6iY4Ms8xZjVTg7VPow
> https://www.youtube.com/@MidwestWrestle/videos
> https://www.instagram.com/nimagharavi
> https://www.instagram.com/p/DCNOtIHRLUx/

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/POTUS_Wrestling/status/1936788448146317488
> https://x.com/POTUS_Wrestling/status/1936418232933748761
> https://x.com/POTUS_Wrestling/status/1936422835066437981
> https://x.com/POTUS_Wrestling/status/1936164983504613530
> https://x.com/POTUS_Wrestling/status/1936147028691894744
> https://x.com/POTUS_Wrestling/status/1936809319741211076
> https://x.com/POTUS_Wrestling/status/1936127149817118890
> https://x.com/POTUS_Wrestling/status/1936245157932007841
> https://x.com/POTUS_Wrestling/status/1936147359781531712
> https://x.com/POTUS_Wrestling/status/1936145631145259019
> https://x.com/POTUS_Wrestling/status/1936146038202433773

3

> https://x.com/POTUS_Wrestling/status/1936550497483120768
> https://x.com/POTUS_Wrestling/status/1936156289736093948
> https://x.com/POTUS_Wrestling/status/1936237695044665566
> https://x.com/POTUS_Wrestling/status/1936939866425901486
> https://x.com/POTUS_Wrestling/status/1937155618827092385
> https://x.com/POTUS_Wrestling/status/1936846096484995544
> https://x.com/POTUS_Wrestling/status/1936812924065947991
> https://x.com/POTUS_Wrestling/status/1936550676269605026
> https://x.com/POTUS_Wrestling/status/1936550618744672529
> https://x.com/POTUS_Wrestling/status/1936550569549680825
> https://x.com/POTUS_Wrestling/status/1936550525627220437
> https://x.com/POTUS_Wrestling/status/1936499758920523968
> https://x.com/POTUS_Wrestling/status/1936462319845863867

Reported content:
> Image/Photograph
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

4

<u>DMCA Takedown Notification #2</u>

**From:** X Legal Support <legal-support@x.com>
**Sent:** Saturday, October 18, 2025 11:22 AM
**Subject:** LEGAL-1552328: DMCA - Copyright owner

[External email - use caution]

—.—.—.—
Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X


-----------------------------------------------
Your ticket number: LEGAL-1552328

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:

> Midwest Wrestle

Job title:
> President

Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098

City:
> Chicago

State/Province:
> IL

Postal code:
> 60640

Phone (optional):
> [Empty]

Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter

Description of original request:
> The alleged infringement involves one or more motion picture(s) and/or photograph(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=tW27Q0i7KnY

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/WellHungFerrari/status/1977733054694137914

Reported content:
> Image/Photograph

Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

6

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US