# Exhibit 3

NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO X CORP. | Case No.: 3:25-mc-80305-LB<br><br>DECLARATION IN SUPPORT OF AMENDED REQUEST FOR SUBPOENA TO OBTAIN THE IDENTITY OF ONE OR MORE ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(h) |

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

1. I am the original creator and exclusive owner of all copyrights in all photographs and audiovisual works published to the YouTube channel https://www.youtube.com/MidwestWrestle and the Instagram account https://www.instagram.com/nimagharavi_ (collectively the "Work") protected under U.S. copyright law.

2. I have reason to believe that one or more individuals have infringed my copyrights in the Work by publishing one or more unauthorized reproductions copied from the Work.

3. I sent one or more DMCA takedown notices (Exhibit 1) to X Corp. pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

4. I am requesting the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringer(s).

5. I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

6. The information sought through this subpoena will be used solely for the purpose of protecting my rights under Title 17 of the United States Code.

7. I am filing this request in good faith to address potential First Amendment concerns.

8. I have reviewed the relevant legal authorities and am submitting this request with a proper understanding of the legal standards for unmasking anonymous users in copyright infringement cases.

9. I am not seeking this information for any improper purpose, such as harassment or to suppress legitimate speech.

10. The identifying information I seek is directly and materially relevant to my copyright infringement claims and is unavailable from any other source.

11. I have a good faith belief that the user(s) identified in my DMCA notice(s) have infringed upon my exclusive rights as a copyright owner, and the subpoena is necessary to identify these user(s) so that I may protect my intellectual property rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2025 at Chicago, Illinois.

/s/ Nima Gharavi
Nima Gharavi

Petitioner, *Pro Se*